UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22409-KMW

CARLOS BRITO,

    Plaintiff,

v.

NEW WORLD II CONDOMINIUM ASSOCIATION, INC.,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, CARLOS BRITO, and Defendant, NEW WORLD II CONDOMINIUM ASSOCIATION, INC., hereby advise the Court that the parties have reached an agreement to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than twenty (20) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this September 5, 2024.

*By:* /s/ *Ramon J. Diego*
RAMON J. DIEGO
Florida Bar No. 689203
THE LAW OFFICE OF RAMON J. DIEGO, P.A.
5001 SW 74th Court, Suite 103
Miami, FL 33155
Telephone: (305) 350-3103
Email: ramon@rjdiegolaw.com
*Counsel for Plaintiff*

*By:* /s/ *Ari A. Sweetbaum*
ARI A. SWEETBAUM
Florida Bar No. 46864
MANUEL J. CENTURION
Florida Bar No. 123770
DANIELS RODRIGUEZ BERKELEY DANIELS & CRUZ, P.A.
4000 Ponce De Leon Boulevard, Suite 800
Coral Gables, Florida 33146
Telephone: (305) 448-7988
Email: asweetbaum@drbdc-law.com;
mcenturion@drbdc-law.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this September 5, 2024.

        Respectfully submitted,

         **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
        *Attorneys for Plaintiff*
        5001 SW 74th Court, Suite 103
        Miami, FL, 33155
        Telephone: (305) 350-3103
        Primary E-Mail: ramon@rjdiegolaw.com

        By: ___/s/ Ramon J. Diego_____
        RAMON J. DIEGO